UNITED STATES DISTRICT COURT
for the
District of South Carolina

UPS-Supply Chain Solutions, Inc., UPS (China),
LTD., and UPS Asia Group PTE, LTD.
    P*laintiffs*
             v.
MuscleDriver USA, LLC, Brad Hess, Heng Li Heng
Sporting Goods Co., Ltd., and First Citizens Bank
and Trust Company

    *Defendant*s

Civil Action No.    0:16-01192-JMC

Heng Li Heng Sporting Goods Co., Ltd.
    *Counter-claimant,*
             v.
UPS-Supply Chain Solutions, Inc., UPS (China),
LTD., and UPS Asia Group PTE, LTD.
    *Counter-defendants*

Heng Li Heng Sporting Goods Co., Ltd.
    *Cross-claimant*
              v.
MuscleDriver USA, LLC and Brad Hess
    *Cross-defendant*s

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: the plaintiff shall take nothing of the defendant MuscleDriver USA LLC and this defendant is dismissed pursuant to Rule 41(a)(2) of the FRCP. The court having granted by oral order on May 30, 2017 the dismissal of cross-defendant MuscleDriver it is ordered that cross-claimant HLH shall take nothing of cross-defendant MuscleDriver and this claim is dismissed. Cross-claimant HLH shall taking nothing as to cross-defendant Brad Hess and this claim is dismissed without prejudice pursuant to 41(a)(2) and 41(c) of the FRCP.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted the plaintiffs' motion to dismiss as to defendant MuscleDriver USA LLC, granted cross claimant HLH's oral motion to dismiss as to cross-defendant MuscleDriver and granted motion to dismiss as to cross-defendant Brad Hess.

Date:   November 13, 2018                                  *CLERK OF COURT*

                                                                              s/Angie Snipes

                                                     *Signature of Clerk or Deputy Clerk*